IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| OM VIJAKUMAR PATEL, | * |
| Plaintiff, | * |
| v. | * CV 424-156 |
| UR JADDOU, Director for USCIS and the United States, | * |
| Defendant. | * |

ORDER

Before the Court is the Parties' consent motion for voluntary dismissal. (Doc. 4.) Both Parties signed the stipulation, so the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 9th day of October, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA